IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-211-LPS |
| | ) |
| HETERO USA INC., HETERO LABS LIMITED UNIT-III, and HETERO LABS LIMITED, | ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Biogen International GmbH declares: (i) Biogen Luxembourg Holding Sarl, Biogen Switzerland Holdings GmbH, Biogen MA Inc. and Biogen Inc. are the parent corporations of Biogen International GmbH, and (ii) Biogen Inc. is a publicly held corporation that directly or indirectly owns 10% or more of the stock of Biogen International GmbH.

ASHBY & GEDDES

*Of Counsel:*

/s/ Andrew C. Mayo
_____

James B. Monroe
Li Feng
Sanya Sukduang
Paul W. Browning
Andrew E. Renison
Jeanette M. Roorda
Finnegan, Henderson, Farabow,
  Garrett & Dunner, L.L.P.
901 New York Ave., N.W.
Washington, D.C. 20001
(202) 408-4000

Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888
sbalick@ashby-geddes.com
amayo@ashby-geddes.com

*Attorneys for Plaintiff*
*Biogen International GmbH*

Dated: February 13, 2019

{01411415;v1 }