IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIOGEN INTERNATIONAL GMBH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-211-LPS |
| | ) |
| HETERO USA INC., HETERO LABS LIMITED UNIT-III, and HETERO LABS LIMITED, | ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATED ORDER REGARDING WAIVER OF SERVICE, ESTABLISHMENT OF ANSWER DEADLINES, CONSOLIDATION OF ACTIONS, ADOPTION OF SCHEDULING ORDER, AND ADOPTION OF PROTECTIVE ORDER**

WHEREAS, defendants Hetero Labs Limited Unit-III ("HLL Unit-III") and Hetero Labs Limited ("Hetero Labs") are corporations organized under the laws of India, and have agreed to waive service of process in exchange for a negotiated answer deadline for themselves and their co-defendant Hetero USA Inc. ("Hetero USA"), which is a Delaware corporation and which also agrees to waive service of process;

WHEREAS, the above-captioned case (the "Subsequent Action") is related to the cases that previously have been consolidated in *Biogen International GmbH, et al. v. Amneal Pharmaceuticals LLC, et al.,* C.A. No. 17-823-LPS (consolidated) (the "Consolidated Action");

WHEREAS, the Subsequent Action and the Consolidated Action involve common questions of law and fact, and interests of efficiency for the parties and the Court would best be served by adding the Subsequent Action to the Consolidated Action; and

WHEREAS, the parties in the Subsequent Action agree to adopt and be bound by the same scheduling order and protective order that have been entered in the Consolidated Action; now therefore,

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, as follows:

1. For purposes of this case only, Hetero USA, HLL Unit-III, and Hetero Labs (collectively, "Defendants") hereby waive the defenses of insufficient process and insufficient service of process, but expressly reserve, and fully retain the right to assert, all other defenses without limitation.

2. The deadline by which Defendants must answer, move, or otherwise respond to the complaint is March 21, 2019.

3. The Subsequent Action is consolidated with the Consolidated Action for all purposes, and hereafter all papers in the Subsequent Action shall be filed in C.A. No. 17-823-LPS.

4. The parties in the Subsequent Action shall be bound by all provisions and deadlines set forth in the scheduling order that was entered in the Consolidated Action on February 2, 2018 (D.I. 22). Additionally, the parties in the Subsequent Action further agree to be bound by the following deadlines:

| | |
|---|---|
| Rule 26 Initial Disclosures | March 22, 2019 |
| Default Standard Paragraph 3 Disclosures | March 22, 2019 |
| Plaintiff to Identify Accused Products and Asserted Patents, and to Produce File Histories | March 22, 2019 |
| Defendants to Produce Core Technical Documents | March 22, 2019 |
| Plaintiff to Disclose Initial Infringement Contention Claim Charts | March 22, 2019 |
| Defendants to Disclose Initial Invalidity Contentions and Non-Infringement Contentions with respect to the patent asserted in the Subsequent Action | March 28, 2019 |

5. The parties in the Subsequent Action shall be bound by the Stipulated Protective Order in the Consolidated Action (D.I. 63).

| ASHBY & GEDDES | BAYARD, P.A. |
|---|---|
| */s/ Steven J. Balick* | */s/ Sara E. Bussiere* |
| Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Plaintiff* | Stephen B. Brauerman (#4952)<br>Sara E. Bussiere (#5725)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655- 5000<br>sbrauerman@bayardlaw.com<br>sbussiere@bayardlaw.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2019.

_____
Chief Judge